UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                           Case No. 24-30331
                                            Originating No. 20CR106

**BRITTANY LATONYA COLEMAN**

        Defendant.
_____/

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **BRITTANY LATONYA COLEMAN** to answer charges pending in another federal district, and states:

1. On **August 9, 2024**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of Indiana based on a Court Order**. **The defendant is charged in that district with violating conditions of pretrial release.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Dawn N. Ison
United States Attorney


*s/ SEAN KING*
SEAN KING
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: August 9, 2024